ACCEPTED
12-15-00150-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/3/2015 9:44:48 AM
Pam Estes
CLERK



FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/3/2015 9:44:48 AM
PAM ESTES
Clerk

# D. Matt Bingham
**Criminal District Attorney
Smith County**

SMITH COUNTY COURTHOUSE
100 N. BROADWAY 4th Floor
TYLER, TEXAS 75702

TELEPHONE: (903) 535-0520
TELECOPIER: (903) 590-1719

Jennifer Barfield, Office Manager

April Allison Sikes, First Assistant

Michael J. West, Appellate Chief

Ms. Cathy Lusk, Clerk
12th Court of Appeals
1517 W Front St., Ste. 354
Tyler, TX 75701

September 3, 2015

**RE: Thompson v. State, Cause Number 12-15-00150-CR**

Dear Ms. Lusk:

The State acknowledges receipt of the brief filed by Appellant's counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967), in the above-listed cause(s). The brief presents no claims of error; therefore, the State has no points to which to respond. *See* TEX. R. APP. P. 38.2(a)(2). The State will not file any further response unless the Court decides that the appeal is not frivolous and orders one. *See Anders*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807, 810 (Tex.Crim.App. 1978).

Respectfully submitted,

D. MATT BINGHAM
Criminal District Attorney
Smith County, Texas

/s/ *Michael J. West*
Michael J. West
Assistant Criminal District Attorney
SBOT# 21203300

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the State's acknowledgment of filing of an *Anders* brief was served by electronic filing on September 3, 2015, on Mr. Austin Jackson, Attorney at Law, 112 East Line, Ste. 310, Tyler, Texas 75702.

/s/ *Michael J. West*
Michael J. West
Assistant Criminal District Attorney
SBOT# 21203300
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)
mwest@smith-county.com